UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. GARTNER,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTING COMMISSIONER CAROLYN W. COLVIN OF S. S. ADMINISTRATION,<br><br>    Defendant. | No.  2:16-cv-0459 AC<br><br><br>ORDER |

Plaintiff, proceeding pro se, seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner"), denying an application for disability benefits under Title II of the Social Security Act. ECF No. 1. Under the venue statute governing this action, plaintiff may obtain a review of any final decision of the Commissioner made after a hearing to which the plaintiff was a party, by commencing a civil action in the federal district court for the judicial district in which the claimant resides. 42 U.S.C. § 405(g). According to his complaint, plaintiff resides in Santa Cruz, California, which is located in Santa Cruz County, California. That county is located in the region served by the United States District Court for the Northern District of California. 28 U.S.C. § 84(a). The complaint therefore should have been filed in that District.

////

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. This case be TRANSFERRED to the U.S. District Court for the Northern District of California; and

2. All future filings shall reference the new Northern District of California case number assigned, and shall be filed in that court.

DATED: March 8, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE